AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

SERVED

ADIA A. WASHINGTON )
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:19-cv-01227
)
ARBOR PROFESSIONAL SOLUTIONS, INC. and )
PROMEDICA HEALTH SYSTEM, INC. d/b/a )
PROMEDICA TOLEDO HOSPITAL )
*Defendant(s)* )

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PROMEDICA HEALTH SYSTEM, INC. d/b/a PROMEDICA TOLEDO HOSPITAL
C/O REGISTERED AGENT
JEFFREY C. KUHN
100 MADISON AVE MSC-S39938
TOLEDO OH 43604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan C. Volheim
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Sandy Opacich
*CLERK OF COURT*

Date: 5/29/2019

s/Tina Damoah
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01227

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Adia A. Washington v Promedica Health System, Inc.
was received by me on *(date)*  11 June 2019

☐ I personally served the summons on the individual at *(place)*  100 Madison Ave, Toledo, OH
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Mary Steinmetz - Secretary , who is
designated by law to accept service of process on behalf of *(name of organization)*
Promedica Health System, Inc.  on *(date)*  11 June 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  13 June 2019

*Server's signature* (Tony Hodges)

Tony Hodges - Private Process Server
*Printed name and title*

1695 FrankilinAve., Columbus, OH 43204
*Server's address*

Additional information regarding attempted service, etc: